Amrane Cohen, Chapter 13 Trustee
Brian D. Wirsching (SBN 189491)
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax (714) 621-0277
Office e-mail: efile@ch13ac.com
Direct e-mail: brian@ch13ac.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>GARY ALAN POWERS<br>ANA MARIA POWERS<br><br><br><br><br><br><br>Debtor(s) | **Case No.: 8:18-bk-11321-MW**<br><br>Chapter 13<br><br>**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>§ 341(a) Meeting:<br>Date:        May 22, 2018<br>Time:       9:00 am<br>Place:       Room 1-154<br>                411 W. 4th Street, Santa Ana, CA<br><br>Confirmation Hearing:<br>Date:        July 11, 2018<br>Time:       2:00 pm<br>Courtroom: 6C<br>Address:   411 West Fourth Street,<br>                Santa Ana, CA 92701 |
|---|---|

**PLEASE TAKE NOTICE** that Amrane Cohen, Chapter 13 Trustee ("Trustee"), hereby objects to confirmation of Debtors' Chapter 13 Plan filed April 26, 2018 [Docket No. 13] ("Plan"), the confirmation hearing for which is set on the date, time, and location indicated above.

**NOTICE IS GIVEN** that unless an earlier date is provided by the Local Bankruptcy Rules ("LBR"), any documents requested herein or required to be provided to the Trustee must be provided not later than seven (7) calendar days prior to the confirmation hearing.[1]

---

[1] The Local Bankruptcy Rules may be found at http://www.cacb.uscourts.gov/local-rules.

1

**NOTICE IS GIVEN** that any reply to this objection must be in writing, filed with the Court, and served upon the Trustee not later than seven (7) calendar days prior to the confirmation hearing. Unless the Court finds good cause, a reply document not timely filed and served may not be considered.

The claims bar date for non-governmental units of 6/22/2018 will have passed on the date set for the confirmation hearing.

1. Service time for the Amended Notice and Proof of Service of Plan filed on 5/23/18 [Docket No. 28] is fifteen (15) days short from the § 341(a) meeting. LBR 3015-1(b)(3).

2. The Plan is not feasible, as the arrears set forth in Trinity Financial Service's secured proof of claim no. 02 of $83,066.26 materially exceed the $78,299 provided for in the Plan.

3. Debtors' scheduled net monthly income of $1,562.91 is less than the $1,841.60 proposed monthly plan payment.

4. The non-standard provisions set forth in § IV of the Plan are inconsistent in that the "none" box is checked and yet in § IV.D. Debtors state that they "expect to sell their property within 6 months." Under these circumstances, the language regarding the sale may not be binding on Debtors. If Debtors intend to rely upon sale of real property and pledging of proceeds to cure a plan feasibility issue, the existing discrepancy should be corrected and the statement regarding sale should be more definite (for example, by stating a date by which the property will be sold and pledging the sale proceeds into the plan).

5. The Trustee reserves the right to supplement this objection or raise additional grounds for objection at the confirmation hearing based upon the schedules, the plan, failure to make payments, claims filed, and/or documents provided.

///

///

Based on the foregoing, the Trustee requests that confirmation be denied and that the case be dismissed or converted, whichever is in the best interests of creditors.

Dated: June 13, 2018 /s/ Brian D. Wirsching
Staff Attorney for
Amrane Cohen, Chapter 13 Trustee

**VERIFICATION**

I, Brian D. Wirsching, declare that I am employed as a staff attorney for Amrane Cohen, Chapter 13 Trustee in this case ("Trustee"). The Trustee is the duly appointed chapter 13 trustee in the instant case. I have personally reviewed the files and records maintained by the Trustee in this case and the facts stated this objection are true and correct to the best of my knowledge.

Dated: June 14, 2018 By: /s/ Brian D. Wirsching
Attorney for Amrane Cohen, Chapter 13 Trustee

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 The City Drive South, Suite 8500, Orange, CA 92868

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/14/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amrane Cohen   efile@ch13ac.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
TIMOTHY MCFARLIN   tmcfarlin@yahoo.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/14/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Gary Alan Powers
Ana Maria Powers
2427 N. Valencia Street
Santa Ana, CA 92706

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. MARK S. WALLACE

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/14/2018 | Reyna Patrick | /s/ Reyna Patrick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                  F 9013-3.1.PROOF.SERVICE