BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
Rafael R. Garcia-Salgado, Bar No. 283230
1851 East First Street
Suite 1550
Santa Ana, CA 92705-4067
Telephone:    949.863.3363
Facsimile:    949.863.3350

Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>GARY ALAN POWERS dba POWERS PAINTING SERVICES, INC. and ANA MARIA POWERS,<br><br>Debtor(s), | Case No.  8:18-bk-11321-MW<br><br>Chapter Number:  13<br><br>**UNOPPOSED MOTION FOR ORDER FOR EXAMINATION OF GARY ALAN POWERS AND ANA MARIA POWERS PURSUANT TO BANKRUPTCY RULE 2004, AND FOR INSPECTION OF DOCUMENTS; SUPPORTING DECLARATION AND LOCAL RULE 2004-1 CERTIFICATION OF RAFAEL GARCIA-SALGADO**<br><br>[NO HEARING REQUIRED]. |

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY**

**JUDGE, AND TO ALL INTERESTED PARTIES:**

TRINITY FINANCIAL SERVICES, LLC ("Movant") hereby moves (the "Motion") the

Court pursuant to Federal Rule of Bankruptcy Procedure 2004 ("Rule 2004") for an Order

directing the attendance of **GARY ALAN POWERS and ANA MARIA POWERS** (the

"Debtors") at an examination pursuant to Rule 2004(d), including the production of documents,

and in support thereof hereby states as follows:

1.    The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 1334, 157(a)

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4851-0702-7820 v1
06836-0114.001

- 1 -

MOTION FOR ORDER FOR EXAMINATION OF GARY ALAN POWERS AND ANA MARIA POWERS PURSUANT TO BANKRUPTCY RULE 2004

and F.R.B.P. Rule 2002.  Movant alleges that this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B), (L), and (O).

2.    Movant is a creditor of the Debtors.  It is the current holder of the Second Deed of Trust against the Debtors' residence.  Therefore, Movant is a party in interest pursuant to F.R.B.P. Rule 2002(a).

3.    The Debtors are individuals and Movant is informed and believes that the Debtors' residence address is 2427 N. Valencia Street, Santa Ana, CA  92706.

4.    An examination of the Debtors is necessary to obtain information regarding, without limitation, the following: (1) the Debtors' acts, conduct, and property for the three years immediately preceding the commencement of this bankruptcy proceeding on April 13, 2018; (2) the Debtors' income, liabilities and financial condition; and (3) the past and present conduct of the Debtors' business and tax dealings

5.    To assist in the Bankruptcy Rule 2004 examination of the Debtors, it is necessary for the Debtors to produce or otherwise make available, not less than three (3) business days prior to their examination, relevant records and documents which are in their possession or under their control, and which are described in Exhibit "A" attached hereto and incorporated herein by this reference.

**ARGUMENT**

6.    "[O]ne of the fundamental concepts of bankruptcy law" is "the concept that full and adequate disclosure is the 'price' the debtor in bankruptcy pays for the benefit of discharge." *In re Hammond*, 140 B.R. 197, 202 (S.D. Ohio 1992).  To that end, "[t]he scope of inquiry under Bankruptcy Rule 2004 is very broad.  Great latitude of inquiry is ordinarily permitted." *In re Roman Catholic Church of the Diocese of Gallup,* 513 B.R. 761, 764 (Bankr. D. N.M. 2014) (quoting *In re Handy Andy Home Improvement Centers, Inc.*, 199 B.R. 376, 378 (Bankr. N.D. Ill. 1996)). Examination under Rule 2004 "is designed to be a quick 'fishing expedition' into general matters and issues regarding the administration of the bankruptcy case." *Id.* (quoting *In re French*, 145 B.R. 991, 992 (Bankr. D. S.D. 1992)).  "[B]ecause Rule 2004 examinations are taken pre-litigation they need not be tied to specific factual allegations, and are subject to fewer

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4851-0702-7820 v1
06836-0114.001

- 2 -

MOTION FOR ORDER FOR EXAMINATION OF GARY ALAN POWERS AND ANA MARIA POWERS PURSUANT TO BANKRUPTCY RULE 2004

objections on grounds of relevance." *Id.* (citing *In re Symington*, 209 B.R. 678, 684 (Bankr. D. Md. 1997)). Further, Rule 2004 "extends to third parties who deal with the debtor." *Olsen v. Rupp (In re Olsen),* No. UT-98-088, 1999 Bankr. LEXIS 791 (B.A.P. 10th Cir. 1999) (citing *In re Wilcher*, 56 B.R. 428, 433 (Bankr. N.D. Ill. 1985)).

7. A Rule 2004 examination of the Debtors is necessary to obtain adequate information on the Debtors' business and first lien, as well as the Debtors' tax issues.

8. Debtor Gary Alan Powers runs his own business. However, he did not include the required attachment to Schedule I with his financial schedules, and has not given any information to creditors as to the value of his business. Creditors need more information on the Debtor's self-employment and operations.

9. Further, the IRS recorded a tax lien against the Debtors' residence in this case, indicating that the Debtor may not have followed business formalities.

10. This Motion contains seven limited document requests, is narrowly tailored to the past few years, and falls squarely within the Debtors' duty to their creditors and the Court to disclose their financial affairs, including, but not limited to, the Debtors' business and tax issues.

11. **Local Rule 2004-1 Certification.** In an effort to avoid filing this Motion, undersigned counsel contacted Debtors' counsel informally to request just some of the information requested in this Motion—namely, the Debtors' tax returns and first lien information—but Debtors' counsel did not provide the documents. However, Debtors' counsel did agree to an examination on August 23, 2018.

12. Movant properly requests a Rule 2004 examination at the office of counsel for Movant in Orange County, CA. Rule 2004(d), titled "Time and Place of Examination of Debtor," allows examination "within or without the district wherein the case is pending." A Rule 2004 exam may be "at any time or place." *In re Little's Motor Co., Inc.,* 53 B.R. 635, 638 (Bankr. N.D. Ala. 1985) (requiring a debtor's principal to travel "in excess of 600 miles" for a Rule 2004 exam). Rule 2004(e) clarifies that the Debtor may be examined at the location indicated in this Motion, with her only compensation to be mileage costs, "reduced by 200 miles" in accordance with the Rule. *Id.* at 640. "Clearly, when one enters the Bankruptcy Court seeking relief from

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4851-0702-7820 v1
06836-0114.001

- 3 -

MOTION FOR ORDER FOR EXAMINATION OF GARY ALAN POWERS AND ANA MARIA POWERS PURSUANT TO BANKRUPTCY RULE 2004

1  debts, he has subjected himself to be examined by creditors . . . Bankruptcy Rule 2004(e)

2  provides that a debtor only recover mileage . . . ." *In re Moghrabi*, 197 B.R. 278, 259 (Bankr.

3  N.D. Ohio 1996) (requiring debtor to be examined "at a time and place specified by Plaintiff's

4  counsel.").

5      WHEREFORE, Movant respectfully requests an Order as follows:

6      1.    That the Debtors appear for an examination pursuant to Bankruptcy Rule

7  2004, to commence **August 23, 2018, at 11:00 a.m.**, and to continue as necessary until

8  completed, at the offices of Burke, Williams, & Sorensen, LLP, 1851 East First Street, Suite

9  1550, Santa Ana, CA  92705-4067.

10      2.    That the Debtors are ordered to produce or otherwise make available, not

11  less than three (3) business days prior to their examination, relevant records and documents which

12  are in their possession or under their control, and which are described in Exhibit "A" attached

13  hereto and incorporated herein by this reference.

15  Dated: July 18, 2018        BURKE, WILLIAMS & SORENSEN, LLP

18  By: _____
    Richard J. Reynolds
19      Rafael R. Garcia-Salgado
    Attorneys for Creditor
20      TRINITY FINANCIAL SERVICES, LLC

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4851-0702-7820 v1
06836-0114.001

- 4 -

MOTION FOR ORDER FOR EXAMINATION OF GARY
ALAN POWERS AND ANA MARIA POWERS PURSUANT
TO BANKRUPTCY RULE 2004

DECLARATION OF RAFAEL R. GARCIA-SALGADO

I, Rafael R. Garcia-Salgado hereby declare as follows:

1. I am a resident of Orange County, California, and am over eighteen years of age. I am an attorney licensed to practice under the laws of the State of California, and am admitted to practice before the federal courts of the Southern, Central, Eastern, and Northern Districts of California. I am an associate with the law firm of Burke, Williams & Sorensen, LLP, attorneys for TRINITY FINANCIAL SERVICES, LLC ("Movant"). I have personal knowledge of the facts stated in this Declaration, except as to those matters stated on information and belief, and as to those matters I believe them to be true. If called upon to testify as to the contents of this Declaration, I could and would competently testify thereto.

2. Movant is a creditor of the Debtors.

3. The Debtors are individuals and Movant is informed and believes that the Debtors' residence address is 2427 N. Valencia Street, Santa Ana, CA 92706.

4. An examination of the Debtor is necessary to obtain information regarding the Debtors' income and expenses.

5. **Local Rule 2004-1 Certification.** On June 27, and July 3, 5, 6, 9, and 10, 2018, I emailed counsel for the Debtor Timothy McFarlin, requesting just some of the documents that are the subject of this Motion. Mr. McFarlin and his paralegal Yanira Flores replied. Counsel did not provide the requested documents. Counsel provided proposed dates for Rule 2004 examination and we agreed upon August 23, 2018 at 11:00 a.m.

6. To assist in the Bankruptcy Rule 2004 examination of the Debtors, it is necessary for the Debtors to produce or otherwise make available, not less than three (3) business days prior to his examination, relevant records and documents which are in their possession or under their control, and which are described in Exhibit "A" attached hereto and incorporated herein by this reference.

7. The examination of the Debtors under the procedure set out in Bankruptcy Rules 7030 or 9014 is not possible as there is no pending adversary proceeding or contested matter between the Debtors and Movant. The location of the examination, i.e., the Orange County office

Burke, Williams & Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4851-0702-7820 v1
06836-0114.001

- 5 -

Motion For Order For Examination Of Gary Alan Powers and Ana Maria Powers Pursuant To Bankruptcy Rule 2004

of Burke, Williams & Sorensen, LLP, is within 100 miles of the Debtor's residence.

I declare under penalty of perjury under the laws of the United States that the statements made in the foregoing declaration are true and correct, except those matters stated on information and belief, and as to those matters, I believe them to be true.

Executed this 18th day of July 2018, at Santa Ana, California.

_____
RAFAEL R. GARCIA-SALGADO

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4851-0702-7820 v1
06836-0114.001

- 6 -

MOTION FOR ORDER FOR EXAMINATION OF GARY ALAN POWERS AND ANA MARIA POWERS PURSUANT TO BANKRUPTCY RULE 2004

# EXHIBIT "A"

## DEFINITIONS

1. YOU and/or YOU OR ANYONE ACTING ON YOUR BEHALF, refers to and includes GARY ALAN POWERS and ANA MARIA POWERS, and YOUR agents, employees, insurance companies, agents, adjusters, and employees, attorneys, accountants, investigators, employees, and agents and anyone else acting on YOUR behalf.

2. PERSON and/or PERSONS refer to and include a natural person, firm, association, organization, joint venture, sole proprietorship, partnership, business, trust, corporation, public entity, or any other artificial business or entity.

3. As used herein, the singular shall be interchangeable with the plural; the masculine, feminine, and neuter shall all be interchangeable, and the conjunctions "and" and "or" shall be both conjunctive and disjunctive.

4. DOCUMENT is used herein in its broadest sense and refers to and includes the original and all copies of any kind of all handwritings, typewritings, printings, photostats, writings, photographs, tapes, films, negatives, pictures, videos, recordings, letters, telegrams, diagrams, drawings, surveys, maps, contracts, checks, drafts, invoices, bills receipts, charts, tabulations, audits, computer records (including computer printouts, the contents of computer memory, computer programs, and any instructions or interpretive materials associated with them), plans, memos, notes, notes or any records of all communications (including meetings, telephone and any other conversations), logs, calendar and diary entries reports, interoffice communications, tax returns, journals, documents, medical and other records, and every other means of recording upon any tangible thing, and any form of communication or representation, including letters, words, pictures, sounds and symbols, electronic storage, memorialization, or transmissions, and/or combinations of them. Also included are all copies of any writings which are not completely identical duplicates of the originals (e.g., because handwritten or other notes appear thereon or are attached thereto). (Included are all items described in California Evidence Code Section 250).

5. COMMUNICATION refers to and includes all forms of written, electronic, verbal

Burke, Williams & Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4851-0702-7820 v1
06836-0114.001

- 7 -

MOTION FOR ORDER FOR EXAMINATION OF GARY ALAN POWERS AND ANA MARIA POWERS PURSUANT TO BANKRUPTCY RULE 2004

1 and oral communications, including spoken words, gestures, and sign language.

## GENERAL INSTRUCTIONS

1. YOU are required to produce all DOCUMENTS designated below which are in YOUR possession, custody, or control, or in the possession, custody or control of YOUR agents, attorneys, employees or representatives.

2. YOU are required to produce the original and all non-identical copies of each DOCUMENT requested. If YOU are not able to produce the original of any DOCUMENT, then you must produce the best available copy and all non-identical copies.

3. If YOU claim any privilege, based upon a statute or otherwise, as a ground for not producing a DOCUMENT or any portion thereof, you must provide a log identifying each DOCUMENT for which YOU claim such a privilege in sufficient detail to identify the particular DOCUMENT without revealing the information which is claimed to be privileged, the following:

    a. identify the privilege;

    b. the general subject matter of the DOCUMENT;

    c. the identity of the author, the originator, addressee and all recipients of the DOCUMENTS;

    d. the date of the DOCUMENT;

    e. the title, if any, of the DOCUMENTS; and

    f. each and every fact upon which YOU rely in asserting the privilege.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4851-0702-7820 v1
06836-0114.001

- 8 -

MOTION FOR ORDER FOR EXAMINATION OF GARY ALAN POWERS AND ANA MARIA POWERS PURSUANT TO BANKRUPTCY RULE 2004

## DOCUMENTS TO BE PRODUCED AND TOPICS FOR EXAMINATION

**DOCUMENT REQUEST NO. 1:**

All DOCUMENTS relating to the First Deed of Trust on 2427 N. Valencia Street, Santa Ana, CA 92706 (the "Property") for the period from 2015 to the present, including, but not limited to, the following original documents:

    a.    all DOCUMENTS that YOU submitted in support of any loan modification application;

    b.    YOUR most recent first lien mortgage statement;

    c.    all agreements, including, but not limited to, loan modifications, as well as rental contracts for the Property;

    d.    all COMMUNICATIONs involving loan servicers or lenders;

    e.    all other DOCUMENTS of any kind whatsoever which evidence same.

**DOCUMENT REQUEST NO. 2:**

YOUR State and Federal Income Tax Returns for 2014, 2015, and 2016, as well as any State and Federal Income Tax Returns and quarterly tax statements for Powers Painting Services, Inc., and/or YOU and/or any of YOUR past or present dba businesses.

**DOCUMENT REQUEST NO. 3:**

All DOCUMENTS constituting or evidencing COMMUNICATIONS with any tax authority and which relate in any way to YOUR and/or Powers Painting Services, Inc.'s State and Federal Income Tax Returns for 2014 through 2017.

**DOCUMENT REQUEST NO. 4:**

All DOCUMENTS reflecting or concerning the Notice of Federal Tax Lien recorded as Instrument No. 2013000385950 in the Official Records of Orange County, including but not limited to: your payoff of same, if any; and the tax assessments giving rise to same.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4851-0702-7820 v1
06836-0114.001

- 9 -

MOTION FOR ORDER FOR EXAMINATION OF GARY ALAN POWERS AND ANA MARIA POWERS PURSUANT TO BANKRUPTCY RULE 2004

DOCUMENT REQUEST NO. 5:

All DOCUMENTS constituting or evidencing YOUR three most recent paystubs from YOUR employment or self-employment.

DOCUMENT REQUEST NO. 6:

All DOCUMENTS constituting or evidencing the profit and loss statements for Powers Painting Services, Inc. in 2018.

DOCUMENT REQUEST NO. 7:

YOUR three most recent bank statements, whether business, personal, joint, and/or individual.

## OTHER TOPICS FOR EXAMINATION

TOPIC FOR EXAMINATION NO. 1

YOUR acts, conduct, and/or property.

TOPIC FOR EXAMINATION NO. 2

YOUR liabilities and financial condition.

TOPIC FOR EXAMINATION NO. 3

Any matter which may affect the administration of YOUR bankruptcy estate.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4851-0702-7820 v1
06836-0114.001

- 10 -

MOTION FOR ORDER FOR EXAMINATION OF GARY ALAN POWERS AND ANA MARIA POWERS PURSUANT TO BANKRUPTCY RULE 2004

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**1851 E. First Street, Suite 1550, Santa Ana, CA 92705**

A true and correct copy of the foregoing document entitled (*specify*):

**MOTION FOR ORDER FOR EXAMINATION OF GARY ALAN POWERS AND ANA MARIA POWERS PURSUANT TO BANKRUPTCY RULE 2004, AND FOR INSPECTION OF DOCUMENTS; DECLARATION OF RAFAEL R. GARCIA-SALGADO IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **07/18/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amrane (SA) Cohen (TR)**    efile@ch13ac.com
- **Rafael R Garcia-Salgado**    rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com
- **Timothy McFarlin**    tim@mcfarlinlaw.com, R61097@notify.bestcase.com;bankruptcy@mcfarlinlaw.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Robert P Zahradka**    caecf@tblaw.com, RPZ@tblaw.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) **07/18/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor:** Gary Alan Powers, 2427 N. Valencia Street, Santa Ana, CA 92706
**Debtor:** Ana Maria Powers, 2427 N. Valencia Street, Santa Ana, CA 92706
**Judge:** Mark S. Wallace, United States Bankruptcy Court, Central District of California, Ronald Reagan Federal Building and Courthouse, 411 West Fourth Street, Suite 6135, Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **July 18, 2018** | Bernadette C. Antle | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4851-0702-7820 v1
06836-0114.001

- 11 -

MOTION FOR ORDER FOR EXAMINATION OF GARY ALAN POWERS AND ANA MARIA POWERS PURSUANT TO BANKRUPTCY RULE 2004