BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
Rafael R. Garcia-Salgado, Bar No. 283230
1851 East First Street
Suite 1550
Santa Ana, CA  92705-4067
Telephone:   949.863.3363
Facsimile:    949.863.3350

Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>GARY ALAN POWERS dba POWERS PAINTING SERVICES, INC. and ANA MARIA POWERS,<br><br>Debtor(s), | Case No.  8:18-bk-11321-MW<br><br>Chapter Number:  13<br><br>**TRINITY FINANCIAL SERVICES, LLC'S OBJECTION TO ORDER CONFIRMING PLAN** |

Creditor TRINITY FINANCIAL SERVICES, LLC ("Trinity") hereby submits the following Objection to the *Proposed Order Confirming Plan* (the "Order") [Docket No. 47], lodged with this Court on July 23, 2018 in the above-captioned adversary proceeding by Debtors Gary Alan Powers dba Powers Painting Services, Inc. and Ana Maria Powers (the "Debtors").

**OBJECTION**

1. The Debtors' Second Amended Plan (the "Plan") [Docket No. 37] provides for a sale of the Debtors' residence to pay off secured creditors. The Court and counsel for the Chapter 13 Trustee agreed at the hearing on confirmation of the Plan that this case would be dismissed if the Debtors do not sell their residence by the end of November 2018.  However, the Order lacks this important provision, inviting an extension motion by the Debtors later this year.  The Order should add the missing term: "The Clerk of the Court shall dismiss this case if the Debtors have

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4852-9776-0878 v1
06836-0114.001

- 1 -

OPPOSITION TO DEBTOR'S MOTION FOR ORDER AWARDING ATTORNEY'S FEES AND COSTS

failed to close escrow by November 30, 2018."

2. The Debtors have failed to disclose an existing IRS lien, in the amount of $40,012.64, recorded in Orange County on June 26, 2013, as Instrument No. 2013000385950. A true and correct copy of the IRS Lien is attached hereto as **Exhibit 1** and incorporated herein by reference. Confirmation of the Plan must be vacated and the Plan modified to provide for the outstanding lien.

## CONCLUSION

For the foregoing reasons, Trinity requests that the Order not be entered.

Dated: July 23, 2018

BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Rafael R. Garcia-Salgado
Attorneys for Defendants
TRINITY FINANCIAL SERVICES, LLC

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4852-9776-0878 v1
06836-0114.001

- 2 -

OBJECTION TO PROPOSED ORDER
CONFIRMING PLAN

# Exhibit 1

| Recording Requested By Internal Revenue Service. When recorded mail to: <br><br> INTERNAL REVENUE SERVICE <br> PO BOX 145585, STOP 8420G <br> CINCINNATI, OH 45250-5585 | Recorded in Official Records, Orange County <br> Hugh Nguyen, Clerk-Recorder <br> REDACTED                9.00 <br> *$R00059833593* <br> 2013000385950 10:50 am 06/26/13 <br> 232 403 N32 F13    1 <br> 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 |
|---|---|
|   | For Optional Use by Recording Office |

| Form 668 (Y)(c) <br> (Rev. February 2004) | 6788 Department of the Treasury - Internal Revenue Service <br> **Notice of Federal Tax Lien** |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 <br> Lien Unit Phone: (800) 829-3903 | Serial Number <br> 944505613 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  GARY A & ANA M POWERS

Residence    2427 VALENCIA ST
             SANTA ANA, CA 92706-2063

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2009 | XXX-XX-7855 | 07/04/2011 | 08/03/2021 | 16760.56 |
| 1040 | 12/31/2010 | XXX-XX-7855 | 05/21/2012 | 06/20/2022 | 6586.15 |
| 1040 | 12/31/2011 | XXX-XX-7855 | 05/28/2012 | 06/27/2022 | 16665.93 |

Place of Filing    COUNTY RECORDER
                   ORANGE COUNTY                                 Total  $  40012.64
                   SANTA ANA, CA 92702

This notice was prepared and signed at ___OAKLAND, CA___ , on this, the __12th__ day of __June__ , __2013__.

Signature                                Title
                                         ACS SBSE                            27-00-0008
for G.J. CARTER-LOUIS                    (800) 829-3903

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office              Form **668(Y)(c)** (Rev. 2-2004)
                                               CAT. NO 60025X

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1851 East First Street, Suite 1550, Santa Ana, California  92705-4067**

A true and correct copy of the foregoing document entitled (*specify*):
**TRINITY FINANCIAL SERVICES, LLC'S OBJECTION TO PROPOSED ORDER CONFIRMING PLAN**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/24/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amrane (SA) Cohen (TR)**   efile@ch13ac.com
- **Rafael R Garcia-Salgado**   rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com
- **Timothy McFarlin**   tim@mcfarlinlaw.com, R61097@notify.bestcase.com;bankruptcy@mcfarlinlaw.com
- **Valerie Smith**   claims@recoverycorp.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Robert P Zahradka**   caecf@tblaw.com, RPZ@tblaw.com

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **7/24/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** Gary Alan Powers, 2427 N. Valencia Street, Santa Ana, CA  92706
**Debtor:** Ana Maria Powers, 2427 N. Valencia Street, Santa Ana, CA  92706
**Judge:** Honorable Mark S. Wallace, United States Bankruptcy Court, Central District of California, Ronald Reagan Federal Building and Courthouse, 255 E. Temple Street, 411 West Fourth Street, Suite 6135, Santa Ana, CA  92701-4593

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4852-9776-0878 v1
06836-0114.001

- 3 -

OBJECTION TO PROPOSED ORDER CONFIRMING PLAN

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 24, 2018 | Bernadette C. Antle | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4852-9776-0878 v1
06836-0114.001

- 4 -

OBJECTION TO PROPOSED ORDER CONFIRMING PLAN