# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GARY ALAN POWERS and ANA MARIA POWERS,<br><br>Debtor. | USDC Case No.<br>8:18–cv–01440–RGK |
| TRINITY FINANCIAL SERVICES, LLC<br><br>Appellant,<br><br>v.<br><br>GARY ALAN POWERS and ANA MARIA POWERS,<br>Appellee. | Bankr. No.  8:18-bk-11321-MW<br>Chapter    13 |

**Statement of Issues to Be Presented**

Appellant Trinity Financial Services, LLC hereby states the issues to be presented on appeal:

1. Whether the bankruptcy court erred in confirming a plan that was infeasible on its face, in that proposed monthly plan payments exceed scheduled net income.

2. Whether the bankruptcy court erred in confirming a plan with net income premised on unachievable expense figures.

3. Whether the bankruptcy court erred in confirming a "sale" plan that fails to cure a default and instead proposes a delay of several months prior to sale of real property.

4. Whether the bankruptcy court erred in confirming a "sale" plan that pays only attorney's fees without monthly cure and maintenance payments to secured creditors.

5. Whether the bankruptcy court erred in confirming a "sale" plan that does not provide for dismissal of the case if the Debtors fail to sell the subject real property.

   6. Whether the bankruptcy court erred in confirming a "sale" plan that does not provide for sale of the subject property by a date certain.

Dated: August 22, 2018

*/s/ Rafael Garcia*

Rafael R. Garcia-Salgado
BURKE, WILLIAMS & SORENSEN, LLP
1851 E. First Street, Suite 1550
Santa Ana, CA 92705
Tel: 949-863-3363
rgarcia@bwslaw.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1851 East First Street, Suite 1550, Santa Ana, CA  92705

A true and correct copy of the foregoing document entitled (*specify*):    **STATEMENT OF ISSUES TO BE PRESENTED**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **08/22/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Amrane (SA) Cohen (TR)    efile@ch13ac.com
- Rafael R Garcia-Salgado    rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com
- Timothy McFarlin    tim@mcfarlinlaw.com, R61097@notify.bestcase.com;bankruptcy@mcfarlinlaw.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Robert P Zahradka    caecf@tblaw.com, RPZ@tblaw.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **08/22/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Debtor/Plaintiff:**<br>Gary Alan Powers<br>2427 N. Valencia Street<br>Santa Ana, CA  92706 | **Debtor/Plaintiff:**<br>Ana Maria Powers<br>2427 N. Valencia Street<br>Santa Ana, CA  92706 | **Judge:**<br>Honorable Mark S Wallace<br>United States Bankruptcy Court<br>Central District of California<br>411 West Fourth Street, Suite 6135<br>Santa Ana, CA 92701-4593 |
|---|---|---|

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____,
I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **08/22/18** | Bernadette C. Antle | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |