1 | BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
2 | Rafael R. Garcia-Salgado, Bar No. 283230
1851 East First Street
3 | Suite 1550
Santa Ana, CA  92705-4067
4 | Telephone:     949.863.3363
Facsimile:     949.863.3350
5 |
Attorneys for Creditor
6 | TRINITY FINANCIAL SERVICES, LLC

7 |

8 |                UNITED STATES BANKRUPTCY COURT

9 |                CENTRAL DISTRICT OF CALIFORNIA

10 |                    SANTA ANA DIVISION

11 |

| In re | Case No.  8:18-bk-11321-MW |
|-------|----------------------------|
| GARY ALAN POWERS dba POWERS PAINTING SERVICES, INC. and ANA MARIA POWERS, | Chapter Number:  13 |
| | **TRINITY FINANCIAL SERVICES, LLC'S MOTION TO DISMISS CASE** |
| Debtor(s), | Date:     11/16/2018 |
| | Time:     11:00 AM |
| | Ctrm:     6C |

**TO THE HONORABLE MARK S. WALLACE; THE DEBTORS; ALL**

**INTERESTED PARTIES; AND THEIR COUNSEL OF RECORD:**

  **CREDITOR TRINITY FINANCIAL SERVICES, LLC** hereby moves for the Court to

dismiss the above-titled Chapter 13 bankruptcy case pursuant to 11 U.S.C. § 1307(c).

## INTRODUCTION

  Creditor Trinity Financial Services, LLC ("Trinity") hereby moves (the "Motion") this

Court for dismissal of this case for "cause" pursuant to 11 U.S.C. § 1307(c)(1), (6), & (8) based

on the breach by the Debtors of the trustee and the Court's requirement to sell their primary

residence.  This Motion is brought in accordance with Federal Rules of Bankruptcy Procedure

9013 and 9014.  In support of this motion, Trojan requests that the Court take judicial notice of its

own records in this case pursuant to Fed. R. Evid. 201, made applicable to bankruptcy

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4826-7167-7045 v1
06836-0114.001

- 1 -

MOTION TO DISMISS CASE

1    proceedings by Fed. R. Bankr. P. 9017.

2    **STATEMENT OF FACTS**

3        1.        The Debtors filed the instant bankruptcy petition on April 13, 2018 [Docket No.

4    1].

5        2.        Trinity filed its Proof of Claim on May 31, 2018 as Claim No. 2-1.  The proof of

6    claim lists prepetition arrears in the amount of $83,066.26 [Claim No. 2-1 on the Court's Claims

7    Register].  The proof of claim also provides Trinity's collateral documents.  This Motion

8    incorporates Trojan's proof of claim in this case by reference.

9        3.        The Debtors filed their original Chapter 13 plan on April 26, 2018 [Docket No. 13]

10   (the "Plan").  That plan proposed monthly payments of $1,841.60 when the Debtors' net income

11   is scheduled at only $1,562.91.

12       4.        The Trustee filed his Objection to the original Chapter 13 Plan on June 14, 2018

13   [Docket No. 33].

14       5.        The Debtors filed their First Amended Chapter 13 plan on June 25, 2018 [Docket

15   No. 34].  That Plan failed to address the Trustee's Objection to Confirmation of the Debtors'

16   original plan [Docket No. 33].  The new Plan's proposed payments offered a still more

17   insuperable $1,934.45 per months 7 through 60.

18       6.        Trinity filed its Objection to the First Amended Chapter 13 Plan on June 27, 2018

19   [Docket No. 35].

20       7.        The Debtors filed their Amended Schedule J on July 3, 2018, which indicated the

21   Debtors' net income was now $1,937.91 [Docket No. 36].

22       8.        The Debtors then filed their Second Amended Chapter 13 plan (the "Plan") on July

23   6, 2018 [Docket No. 37].  The plan proposed monthly payments of $1,934.45, in line with the

24   Debtors' newest amended schedules.

25       9.        Trinity's Objection to the Second Amended Chapter 13 Plan was filed on July 10,

26   2018 [Docket No. 40].

27       10.       As reflected in the Transcript of the July 11, 2018 Confirmation Hearing, the Court

28   stated that:

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4826-7167-7045 v1
06836-0114.001                    - 2 -                    Motion to Dismiss Case

THE COURT: All right, the Court is going to confirm this plan with one additional term and that is, is that well, of course, the property has to close escrow by November 30th and a sale motion must be filed by the debtors on or before November 1st. And so I think that really we're looking at just three short months here, Mr. Garcia, before we know whether this is going to work or not. The Court simply has not been presented with any persuasive evidence as to what this property is going to sell for and so I mean I think if this was complete pie in the sky, I wouldn't confirm the plan but there's no evidence of that at this point. So plan is confirmed with those added provisions. Mr. Wirsching, would you please state the terms?

MR. WIRSCHING: Yes, Your Honor. $500 per month for Months 1 through 6, $1,934.45 for Months 7 through 60. This is a 60-month plan. It is a percentage plan at 100 percent so we'll have an interlineation in the plan or confirmation order that the debtors will file a motion to sell the real property at 2427 North Valencia in Santa Ana by November 1, 2018 and escrow shall close by November 30, 2018.

THE COURT: Correct.

MR. WIRSCHING: Does that reflect the Court's order?

THE COURT: Correct. Mr. McCanna, are you in agreement with those terms?

MR. MCCANNA: I am, Your Honor.

THE COURT: All right.

MR. GARCIA-SALGADO: And, your Honor, I would request that the case would be dismissed if the escrow does not close by November 30th.

MR. WIRSCHING: We'll file a motion for material default. We'll take care of monitoring that.

**THE COURT: Yes. The Debtor is not going to get any further extensions, that's for sure. All right. So that if it doesn't close escrow by November 30th, the Court is not going to entertain any motions to, Judge, give us some more time. That's just not going to happen.**

MR. GARCIA-SALGADO: Very well.

THE COURT: So, I think the case would be dismissed, all right?
. . . Thank you.

Transcript of Confirmation of Chapter 13 Plan Before the Honorable Mark S. Wallace, United

States Bankruptcy Court Judge: 10:4-11:19 (the "Transcript") (emphasis added). A copy of the

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4826-7167-7045 v1
06836-0114.001

- 3 -

MOTION TO DISMISS CASE

1   relevant section of the Transcript is attached as **Exhibit 1**.

2        11.    The Order Confirming Second Amended Plan was entered on July 25, 2018

3   [Docket No. 49].  That order provides: "Debtors are to file a Motion for Authority to Sell Real

4   Property located at 2427 N. Valencia Street, Santa Ana, CA by 11/1/2018 with escrow to close by

5   11/30/2018."

6        12.    Despite the Court's explicit requirement that the Debtors sell their primary

7   residence in order to fund the plan, Debtors' counsel emailed Trinity's counsel on Thursday,

8   September 27, informing them that the Debtors no longer intended to comply with the Court's

9   requirement of a timely sale.  *See Supporting Declaration of Rafael R. Garcia-Salgado.*

10                                    **ARGUMENT**

11

12   A.    **The Case Should Be Dismissed for the Debtors' Failure to Comply with the
           Terms of the Order Confirming Plan**

13        13.    The Court confirmed the Plan conditioned upon the Debtors selling the subject

14   property by a date certain. Both the Court and the trustee explicitly incorporated the requirement

15   that the subject property be sold into their confirmation order and ruling.

16        14.    Counsel for Trinity contacted Debtors' counsel, Timothy McFarlin, on August 31,

17   as well as September 17, 21, 25, and 27 to ascertain the status of the Debtors' sale efforts.

18        15.    On September 25, 2018 Mr. McFarlin informed counsel for Trinity that the

19   Debtors were getting close to a sale and anticipated complying with the terms of the Court's

20   confirmation order.  Trinity's counsel asked whether the Debtors had a buyer in place and had

21   opened escrow.  Debtors' counsel stated that he would check with the Debtors for a status update.

22        16.    On September 27, 2018, Mr. McFarlin completely reversed his position and

23   advised Trinity's counsel that his clients

24            "take the position that the Bankruptcy Court Order is stayed
              pending appeal. The time period for the debtors to sell the property
25            has not yet begun as there is no final Order as the matter is now
              with the District Court pursuant to your appeal. If you wish to
26            attempt to enforce the bankruptcy court confirmation Order we feel
              comfortable supporting our position. Discussing sale efforts is
27            premature as there is not presently a final Order to do so."

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4826-7167-7045 v1
06836-0114.001                          - 4 -                    Motion to Dismiss Case

17.     Neither Trinity nor the Debtors requested that a stay pending appeal be put in place upon the filing of Trinity's notice of appeal of the confirmation order.  Nor has a stay order been issued by the Court.  Furthermore, at the confirmation hearing, the Trustee's staff attorney indicated that his office would file a motion to dismiss in the event the Debtors failed to sell their property by the date certain provided for in the confirmed plan.  The Debtors cannot pick and choose which terms they will comply with under the confirmed plan—rather, they must adhere to all terms.

18.     Debtors' counsel has clearly stated that the Debtors anticipate breaching the terms of the confirmed plan, as they are not making efforts toward sale and have stated they are not bound to sell at this time.

19.     As of the filing of this Motion, the Debtors have failed to comply with the Court's confirmation order by 1) failing to market the property and 2) anticipatorily breaching the requirement to file a sale motion.

20.     The Debtors' lack of progress in fulfilling the terms of their confirmed plan constitutes unreasonable delay that is prejudicial to creditors because creditors are not receiving payments and/or cannot exercise their state court remedies to collect their debts while the Debtors enjoy the benefit of bankruptcy protection in this case.

21.     Section 1307(c) of the Bankruptcy Code authorizes Trinity to bring a motion to dismiss a chapter 13 case for "cause" if it is in the best interests of the creditors and the estate. The Court can consider any "cause," including but not limited to the enumerated grounds in subsection (c). Section 1307(c)(1) permits dismissal for "unreasonable delay by the debtor that is prejudicial to creditors."  11 U. S.C. § 1307(c)(1). Section 1307(c) also lists "(6) material default by the debtor with respect to a term of a confirmed plan . . . (8) termination of a confirmed plan by reason of the occurrence of a condition specified in the plan other than completion of payments under the plan" as additional grounds for dismissal of a case.

22.     A debtor filing a chapter 13 case assumes responsibility for taking reasonable steps to move the case toward confirmation and completion of a chapter 13 plan. *In re Jackson*, 2007 WL 1188202, at *7 (Bankr. E.D. Pa. Apr. 18, 2007).  Chapter 13 debtors simply do not have an

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4826-7167-7045 v1
06836-0114.001                      - 5 -                      MOTION TO DISMISS CASE

1   unlimited amount of time to accomplish plan confirmation. *In re Tran*, 2006 WL 6811015, at *7

2   (B.A.P. 9th Cir. Aug. 8, 2006).  Prompt plan confirmation is important because creditors' rights

3   are constrained by the automatic stay as soon as the petition is filed. As a result, courts have

4   dismissed cases based on debtor inaction. *See Jackson*, 2007 WL 1188202 at *7 (dismissing case

5   at seven months because debtor was no closer to confirmation than the day case was filed).

6       23.    This case has been pending for six months with little to no progress.  The Debtors

7   have failed to fulfill the requirements of their confirmed plan, which required a sale of the

8   Debtors' primary residence due to the Debtors' net income being too low to cure and maintain

9   secured claims.  In light of the passage of time and the failure of the Debtors to carry out their

10  confirmed plan, the Court should dismiss this case pursuant to Sections 1307(c)(1), (c)(6), and

11  (c)(8).

12      24.    In light of the fact Debtors have made no efforts to sell the subject property , this

13  case must be dismissed.

14

15      **B.    Partial Compliance by the Debtors Should Lead to a Continuance of the
        Motion**

16      25.    Trinity submits that the Court should not deny this Motion on the basis of only

17  partial compliance by the Debtors of the sale requirements in their confirmed plan.

18      26.    If the Debtors file a sale motion by the intended deadline of November 1, Trinity

19  will ask for a continuance of this Motion until after the November 30 sale deadline.  At that time,

20  if the Debtors have failed to sell the subject property, Trinity submits that this Motion should be

21  granted.

22

23  ///

24

25  ///

26

27  ///

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4826-7167-7045 v1
06836-0114.001

- 6 -

MOTION TO DISMISS CASE

1

## CONCLUSION

2          WHEREFORE, Trojan respectfully requests that the Court grant its Motion and dismiss

3    this case for cause pursuant to 11 U.S.C. § 1307(c)(1), (6), & (8).

4

5    Dated:  October 3, 2018                    BURKE, WILLIAMS & SORENSEN, LLP

6                                               Rafael R. Garcia-Salgado

7

8                                               By:  _____

9                                                    Richard J. Reynolds
                                                     Rafael R. Garcia-Salgado
10                                                   Attorneys for Creditor
                                                     Trojan Capital Investments, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4826-7167-7045 v1
06836-0114.001                          - 7 -                     MOTION TO DISMISS CASE

BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
Rafael R. Garcia-Salgado, Bar No. 283230
1851 East First Street
Suite 1550
Santa Ana, CA  92705-4067
Telephone:    949.863.3363
Facsimile:    949.863.3350

Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.  8:18-bk-11321-MW |
| GARY ALAN POWERS dba POWERS PAINTING SERVICES, INC. and ANA MARIA POWERS, | Chapter Number:  13 |
| Debtor(s), | **DECLARATION OF RAFAEL R. GARCIA-SALGADO IN SUPPORT OF TRINITY FINANCIAL SERVICES, LLC'S MOTION TO DISMISS CASE** |
| | Date:         11/16/2018<br>Time:         11:00 AM<br>Ctrm:         6C |

I, RAFAEL R. GARCIA-SALGADO, declare:

1.    I am an attorney at law duly licensed to practice before all of the courts of the State of California, as well as the state's federal district and bankruptcy courts.

2.    I am an associate in the law firm of Burke, Williams & Sorensen, LLP ("Burke"), counsel for Creditor Trinity Financial Services, LLC ("Trinity").  I have personal knowledge of the following facts and statements in this declaration, unless otherwise stated, and if called upon to testify, I could and would testify competently thereto.  This declaration is submitted in support of Trinity's *Motion to Dismiss Chapter 13 Bankruptcy Case* (the "Motion").

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4822-6902-3861 v1
06836-0114.001

- 1 -

DECLARATION OF RAFAEL R. GARCIA-SALGADO
IN SUPPORT OF MOTION TO DISMISS CASE

3.      As reflected in the Transcript of the July 11, 2018 Confirmation Hearing the Court stated that:

> "the Court is going to confirm this plan with one additional term and that is, is that well, of course, the property has to close escrow by November 30th and a sale motion must be filed by the debtors on or before November 1st."

4.      The Court entered its Order Confirming Second Amended Plan on July 25, 2018 [Docket No. 49].

5.      The Court confirmed the plan conditioned upon the Debtors selling the subject property by a date certain.

6.      Counsel for Trinity contacted Debtors' counsel, Timothy McFarlin, for status of the sale efforts on August 31, 2018, as well as September 17, 21, 25, and 27, 2018.

7.      On September 25, 2018 Mr. McFarlin informed our office that the Debtors are getting close and anticipate complying with the terms of the Court's confirmation order.  Our office asked whether the Debtors had a buyer in place and had opened escrow.  Counsel stated he would check with the Debtors—that he was not really a part of the process at that point, but that he would try to provide our office with a status update.

8.      On September 27, 2018, Mr. McFarlin completely reversed his position and advised our office that his clients

> "take the position that the Bankruptcy Court Order is stayed pending appeal. The time period for the debtors to sell the property has not yet begun as there is no final Order as the matter is now with the District Court pursuant to your appeal. If you wish to attempt to enforce the bankruptcy court confirmation Order we feel comfortable supporting our position. Discussing sale efforts is premature as there is not presently a final Order to do so."

A copy of Debtor's counsel's email is attached as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of October, 2018 at Santa Ana, California.

_____
Rafael R. Garcia-Salgado

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4822-6902-3861 v1
06836-0114.001

- 2 -

Declaration of Rafael R. Garcia-Salgado
In Support Of Motion to Dismiss Case

# Exhibit 1

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

```
IN RE:                      .     Case No. 8:18-bk-11321-MW
                            .     Chapter 13
GARY ALAN POWERS d/b/a      .
POWERS PAINTING SERVICES,.        Ronald Reagan Federal Building
INC. and ANA MARIA          .        and U.S. Courthouse
POWERS,                     .     411 West Fourth Street
                            .     Santa Ana, CA  92701
                            .
           Debtors.         .
                            .     Wednesday, July 11, 2018
. . . . . . . . . . . . . ..      2:10 p.m.
```

TRANSCRIPT OF CONFIRMATION OF CHAPTER 13 PLAN
BEFORE THE HONORABLE MARK S. WALLACE
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

```
For the Debtor and      McFarlin LLP
McFarlin LLP:           By:  JAMES McCANNA, ESQ.
                        4 Park Plaza, Suite 1025
                        Irvine, CA  92614
                        (949) 544-2640


For Trinity Financial   Burke, Williams & Sorensen, LLP
Services, LLC:          By:  RAFAEL R. GARCIA-SALGADO, ESQ.
                        1851 East First Street, Suite 1550
                        Santa Ana, CA  92705
                        (949) 863-3363


For the Chapter 13      Amrane Cohen, Chapter 13 Trustee
Trustee:                By:  BRIAN DAVID WIRSCHING, ESQ.
                        770 The City Dr S, Suite 8500
                        Orange, CA  92868
```

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@jjcourt.com**

**(609) 586-2311    Fax No. (609) 587-3599**

1 clear in that case the language of the requirements for

2 confirmation and I do know other circuits have permitted sell

3 plans but I'm not aware of other authority from this circuit.

4          THE COURT:  All right, the Court is going to confirm

5 this plan with one additional term and that is, is that well,

6 of course, the property has to close escrow by November 30th

7 and a sale motion must be filed by the debtors on or before

8 November 1st.  And so I think that really we're looking at just

9 three short months here, Mr. Garcia, before we know whether

10 this is going to work or not.  The Court simply has not been

11 presented with any persuasive evidence as to what this property

12 is going to sell for and so I mean I think if this was complete

13 pie in the sky, I wouldn't confirm the plan but there's no

14 evidence of that at this point.  So plan is confirmed with

15 those added provisions.  Mr. Wirsching, would you please state

16 the terms?

17          MR. WIRSCHING:  Yes, Your Honor.  $500 per month for

18 Months 1 through 6, $1,934.45 for Months 7 through 60.  This is

19 a 60-month plan.  It is a percentage plan at 100 percent so

20 we'll have an interlineation in the plan or confirmation order

21 that the debtors will file a motion to sell the real property

22 at 2427 North Valencia in Santa Ana by November 1, 2018 and

23 escrow shall close by November 30, 2018.

24          THE COURT:  Correct.

25          MR. WIRSCHING:  Does that reflect the Court's order?

1              THE COURT:  Correct.  Mr. McCanna, are you in

2    agreement with those terms?

3              MR. McCANNA:  I am, Your Honor.

4              THE COURT:  All right.

5              MR. GARCIA-SALGADO:  And, Your Honor, I would request

6    that the case would be dismissed if the escrow does not close

7    by November 30th.

8              MR. WIRSCHING:  We'll file a motion for material

9    default.  We'll take care of monitoring that.

10             THE COURT:  Yes.  The debtor is not going to get any

11   further extensions, that's for sure.  All right.  So that if it

12   doesn't close escrow by November 30th, the Court is not going

13   to entertain any motions to, Judge, give us some more time.

14   That's just not going to happen.

15             MR. GARCIA-SALGADO:  Very well.

16             THE COURT:  So, I think the case would be dismissed,

17   all right?

18             UNIDENTIFIED ATTORNEY:  Thank you, Your Honor.

19             THE COURT:  Thank you.

20                            *  *  *  *  *

21

22

23

24

25

12

# **C E R T I F I C A T I O N**

I, MARY POLITO, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter, and to the best of my ability.


/s/ Mary Polito
_____

MARY POLITO

J&J COURT TRANSCRIBERS, INC.      DATE:  September 14, 2018

# Exhibit 2

**Gomez, Johnnelle**

| | |
|---|---|
| **From:** | Timothy McFarlin <tim@mcfarlinlaw.com> |
| **Sent:** | Thursday, September 27, 2018 11:34 AM |
| **To:** | Gomez, Johnnelle |
| **Cc:** | Jarrod Nakano; Yanira Flores |
| **Subject:** | Re: FW: Trinity (POWERS, Gary & Ana 8:18-bk-11321-MW) - Request for Status of Sale Efforts [06836-0114] |
| **Attachments:** | image001.jpg |

Hi Johnnelle:
Our office will take the position that the Bankruptcy Court Order is stayed pending appeal. The time period for the debtors to sell the property has not yet begun as there is no final Order as the matter is now with the District Court pursuant to your appeal. If you wish to attempt to enforce the bankruptcy court confirmation Order we feel comfortable supporting our position. Discussing sale efforts is premature as there is not presently a final Order to do so.
Thank you,
Tim

On Thu, Sep 27, 2018 at 10:14 AM Gomez, Johnnelle <JGomez@bwslaw.com> wrote:

Good Morning,


Following up – Please advise of the status on the sale efforts.



**Johnnelle Gomez | Paralegal**
1851 East First Street, Suite 1550 | Santa Ana, CA  92705-4067
d - 949.265.3434 | t - 949.863.3363 | f - 949.863.3350
jgomez@bwslaw.com | vCard | bwslaw.com

The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file

copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Gomez, Johnnelle
**Sent:** Friday, September 21, 2018 10:59 AM
**To:** 'tim@mcfarlinlaw.com'
**Subject:** Trinity (POWERS, Gary & Ana 8:18-bk-11321-MW) - Request for Status of Sale Efforts [06836-0114]
**Importance:** High

Good Morning,

Following up – Please advise of the status on the sale efforts.

Johnnelle Gomez | Paralegal
1851 East First Street, Suite 1550 | Santa Ana, CA  92705-4067
d - 949.265.3434 | t - 949.863.3363 | f - 949.863.3350
jgomez@bwslaw.com | vCard | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

-------- Original message --------

From: "Garcia-Salgado, Rafael R." <RGarcia@bwslaw.com>

Date: 9/17/18 11:34 AM (GMT-08:00)

To: tim@mcfarlinlaw.com

Subject: RE: Powers, 8:18-bk-11321-MW

Tim, any update on sale efforts? Thank you.

**Rafael R. Garcia-Salgado** | Associate
1851 East First Street, Suite 1550 | Santa Ana, CA  92705-4067
d - 949.265.3413 | t - 949.863.3363 | f - 949.863.3350
rgarcia@bwslaw.com | vCard | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The
information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file
copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for
delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution
or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Garcia-Salgado, Rafael R.
**Sent:** Friday, August 31, 2018 9:02 PM
**To:** 'tim@mcfarlinlaw.com'
**Subject:** Powers, 8:18-bk-11321-MW

Tim, any update on sale efforts? Thank you.

**Rafael R. Garcia-Salgado** | Associate
1851 East First Street, Suite 1550 | Santa Ana, CA  92705-4067
d - 949.265.3413 | t - 949.863.3363 | f - 949.863.3350
rgarcia@bwslaw.com | vCard | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The
information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file
copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for
delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution
or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

--



**Timothy G. McFarlin**
*Managing Partner*
4 Park Plaza, Suite 1025, Irvine, CA 92614
**Tel:** (949) 544-2640 **Fax:** (949) 336-7612
www.McFarlinLaw.com



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1851 East First Street, Suite 1550, Santa Ana, California  92705-4067**

A true and correct copy of the foregoing document entitled (*specify*):
**TRINITY FINANCIAL SERVICES, LLC'S MOTION TO DISMISS CASE AND DECLARATION OF RAFAEL R. GARCIA-SALGADO IN SUPPORT OF TRINITY FINANCIAL SERVICES, LLC'S MOTION TO DISMISS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/3/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amrane (SA) Cohen (TR)**    efile@ch13ac.com
- **Rafael R Garcia-Salgado**    rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com
- **Timothy McFarlin**    tim@mcfarlinlaw.com, R61097@notify.bestcase.com;bankruptcy@mcfarlinlaw.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Robert P Zahradka**    caecf@tblaw.com, RPZ@tblaw.com

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) **10/3/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor:**  Gary Alan Powers, 2427 N. Valencia Street, Santa Ana, CA  92706
**Debtor:**  Ana Maria Powers, 2427 N. Valencia Street, Santa Ana, CA  92706
**Judge:**  Honorable Mark S. Wallace, United States Bankruptcy Court, Central District of California, Ronald Reagan Federal Building and Courthouse, 255 E. Temple Street, 411 West Fourth Street, Suite 6135, Santa Ana, CA  92701-4593

///

///

///

///

///

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4826-7167-7045 v1
06836-0114.001                                    - 8 -                        MOTION TO DISMISS CASE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**October 3, 2018**        Bernadette C. Antle

*Date*                          *Printed Name*                          *Signature*

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4826-7167-7045 v1
06836-0114.001

- 9 -

MOTION TO DISMISS CASE