**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Debtors
GARY ALAN POWERS dba POWERS PAINTING SERVICES, INC. and ANA MARIA POWERS

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>GARY ALAN POWERS dba POWERS PAINTING SERVICES, INC. and ANA MARIA POWERS,<br><br>Debtor(s). | Case No.: 8:18-bk-11321-MW<br><br>Judge: Hon. Mark S. Wallace<br>Courtroom: 6C<br><br>**In Chapter 13**<br><br>**OPPOSITION TO MOTION TO DISMISS CASE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF.**<br><br>Hearing:<br>Date: November 16, 2018<br>Time: 11:00 a.m.<br>Courtroom: 6C |

///

///

///

-1-

TO CREDITOR AND ITS ATTORNEY OF RECORD:

Debtors GARY ALAN POWERS dba POWERS PAINTING SERVICES, INC. and ANA MARIA POWERS ("Debtors") hereby submit their Opposition to Creditor Trinity Financial Services, LLC's Motion to Dismiss Case pursuant to 11 U.S.C. section 1307(c).

This Opposition is based on the attached memorandum of points and authorities, all records, pleadings and files herein, oral argument, and any other evidence presented at the hearing.

DATED: November 2, 2018              **MCFARLIN LLP**

By:  /s/ Timothy G. McFarlin
_____
Timothy G. McFarlin
Attorneys for Debtors
GARY ALAN POWERS dba POWERS PAINTING
SERVICES, INC. and ANA MARIA POWERS

## MEMORANDUM OF POINTS & AUTHORITIES

### I.

### INTRODUCTION

Debtors GARY ALAN POWERS dba POWERS PAINTING SERVICES, INC. and ANA MARIA POWERS ("Debtors") respectfully request the Court to deny Creditor Trinity Financial Services, LLC's ("Creditor") Motion to Dismiss Case pursuant to 11 U.S.C. section 1307(c) in its entirety. Creditor has prematurely filed its motion to dismiss based on the Court's Order Confirming Chapter 13 Plan filed July 25, 2018, as docket number 49.

### II.

### ARGUMENTS & AUTHORITIES

A.  **Creditor's Motion is Premature.**

On or around July 25, 2018, the Court issued an Order Confirming Chapter 13 Plan. Based on the Order, Debtors were to file a Motion for Authority to Sell Real Property by November 1, 2018, and escrow was to close by November 30, 2018. Creditor filed its Motion to Dismiss on October 3, 2018. In addition, the order does not state that the case would be dismissed if the property is not sold by November 30, 2018. As such, Creditor's Motion is premature.

Additionally, the order states that it is a 100% plan in which the Debtors' arrearages with the Creditor will be fully paid. Debtors are current on their post-petition mortgage payments and the plan is currently paid off.

The Creditor filed an appeal on or around August 22, 2018 appealing the Order Confirming Second Amended Chapter 13 Plan [Docket No. 49]. Currently, there is no final Order with the District Court pursuant to the Creditor's appeal. Based on the forgoing, Creditor's Motion should be dismissed as moot.

///

///

///

DEBTORS' OPPOSITION TO CREDITOR'S MOTION TO DISMISS

## III.

## CONCLUSION

Debtors GARY ALAN POWERS dba POWERS PAINTING SERVICES, INC. and ANA MARIA POWERS ("Debtors") respectfully request the Court to deny Creditor Trinity Financial Services, LLC's Motion to Dismiss Case pursuant to 11 U.S.C. section 1307(c) in its entirety.

DATED: November 2, 2018        **MCFARLIN LLP**

By:  /s/ Timothy G. McFarlin
_____
Timothy G. McFarlin
Attorneys for Debtors
GARY ALAN POWERS dba POWERS PAINTING SERVICES, INC. and ANA MARIA POWERS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4 Park Plaza, Suite 1025
Irvine, California 92614

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION TO MOTION TO DISMISS CASE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/2/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**U.S. TRUSTEE** - United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
**ATTORNEY FOR DEBTOR** – Timothy McFarlin    tim@mcfarlinlaw.com
**CHAPTER 13 TRUSTEE** – Amrane Cohen    ecfnc@trustee13.com
Rafael R. Garcia-Salgado    rgarcia@bwslaw.com, bantle@bwslaw.com, rjr-nef@bwslaw.com, jgomez@bwslaw.com

Valerie Smith    claims@recoverycorp.com
Robert P. Zahradka    caecf@tblaw.com, RPZ@tblaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/2/2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTORS:**
Gary and Ana Maria Powers
2427 N. Valencia Street
Santa Ana, CA 92706

**JUDGE**
Hon. Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135/Courtroom 6C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/2/2018 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE