1  BURKE, WILLIAMS & SORENSEN, LLP
   Richard J. Reynolds, Bar No. 89911
2  Rafael R. Garcia-Salgado, Bar No. 283230
   1851 East First Street
3  Suite 1550
   Santa Ana, CA  92705-4067
4  Telephone:     949.863.3363
   Facsimile:     949.863.3350
5
   Attorneys for Creditor
6  TRINITY FINANCIAL SERVICES, LLC

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        SANTA ANA DIVISION

11

12  In re                                Case No.  8:18-bk-11321-MW

13  GARY ALAN POWERS dba POWERS          Chapter Number:  13
    PAINTING SERVICES, INC. and ANA
14  MARIA POWERS,                        **WITHDRAWAL OF SECURED
                                         CREDITOR TRINITY FINANCIAL
15          Debtor(s),                   SERVICES, LLC'S MOTION TO DISMISS
                                         CHAPTER 13 BANKRUPTCY CASE**
16
17                                       Date:      11/16/2018
                                         Time:      11:00 AM
18                                       Ctrm:      6C

19         Secured Creditor Trinity Financial Services, LLC ("Trinity") hereby withdraws its *Motion

20  to Dismiss Chapter 13 Bankruptcy Case* [Docket No. 64].

21

22  Dated: November 15, 2018              Respectfully submitted,

23                                        BURKE, WILLIAMS & SORENSEN, LLP

24                                        By:_____
                                             Richard J. Reynolds
25                                           Rafael R. Garcia-Salgado
                                             Attorneys for Creditor
26                                           TRINITY FINANCIAL SERVICES, LLC

27

28

BURKE, WILLIAMS &                                WITHDRAWAL OF MOTION TO DISMISS CASE
SORENSEN, LLP              - 1 -                  CHAPTER 13 BANKRUPTCY CASE
ATTORNEYS AT LAW
SANTA ANA

1

# PROOF OF SERVICE OF DOCUMENT

2

3

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **1851 East First Street, Suite 1550, Santa Ana, California  92705-4067**

4

A true and correct copy of the foregoing document entitled (*specify*):  **WITHDRAWAL OF MOTION TO DISMISS CHAPTER 13 BANKRUTCY CASE**

5

6

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

7

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

8

Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/15/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

9

10

- Amrane (SA) Cohen (TR)     efile@ch13ac.com

11

- Rafael R Garcia-Salgado     rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com

12

- Timothy McFarlin     tim@mcfarlinlaw.com, R61097@notify.bestcase.com;bankruptcy@mcfarlinlaw.com;joe@mcfarlinlaw.com

13

- Valerie Smith     claims@recoverycorp.com

14

- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Robert P Zahradka     caecf@tblaw.com, RPZ@tblaw.com

15

**2. SERVED BY UNITED STATES MAIL**:

16

On (*date*) **11/15/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

17

18

19

| **Debtor:** | **Debtor:** | **Judge:** |
|---|---|---|
| Gary Alan Powers | Ana Maria Powers | Honorable Mark S. Wallace, |
| 2427 N. Valencia Street | 2427 N. Valencia Street | United States Bankruptcy Court, |
| Santa Ana, CA  92706 | Santa Ana, CA  92706 | Central District of California, |
|  |  | Ronald Reagan Federal Building and Courthouse |
|  |  | 411 West Fourth Street, Suite 6135, Santa Ana, CA  92701-4593 |

20

21

22

23

///

24

///

25

///

26

///

27

///

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

- 2 -

WITHDRAWAL OF MOTION TO DISMISS CASE
CHAPTER 13 BANKRUPTCY CASE

1    **3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE
TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to
2    F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or
entities by personal delivery, overnight mail service, or (for those who consented in writing to
3    such service method), by facsimile transmission and/or email as follows. Listing the judge here
constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be</u>
4    <u>completed</u> no later than 24 hours after the document is filed.

5

I declare under penalty of perjury under the laws of the United States that the foregoing is true
6    and correct.

7

8

    **11/15/18**              Bernadette C. Antle
9    *Date*                  *Printed Name*                                *Signature*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

- 3 -                      WITHDRAWAL OF MOTION TO DISMISS CASE
CHAPTER 13 BANKRUPTCY CASE